## BURSON vs. HUNTINGTON.

Joining issue, a waiver of irregularity in service of summons,

The precise language of a deceased person who testifie on a former trial not required—substance sufficient.

A promissory note has no legal existence until its delivery.

Error to Kalamazoo Circuit.

*Opinion by* CHRISTIANCY, J.—Issue being joined in the Justice's Court, in an action of assumpsit, a question as to the proper service of the summons, cannot afterwards be raised.

A witness testifying in the Circuit as to what another witness, since deceased, had testified on the trial before the Justice may, if he is unable to state the precise language of the deceased witness, state the substance of his testimony.

A note has no legal existence until its delivery.

Accordingly where the payee in a negotiable note took the same from the table without the consent of the maker, before the conclusion of the agreement concerning the obligation to be created by the note, and negotiated it before due, *Held* that the note had no legal existence, and its transfer to a *bona fide* purchaser could not make it valid.